IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SYLVESTER HARRIS and
MINNIE HARRIS                                                                                    PLAINTIFFS

v.                                                                                 CAUSE NO: 1:08mc3-SA

WASHINGTON MUTUAL HOME LOANS, INC.                                    DEFENDANT

## ORDER WITHDRAWING REFERENCE PURSUANT TO 28 U.S.C. § 157 (d)

After consideration of the joint request of the parties in the matter, **IT IS HEREBY ORDERED**:

1. Pursuant to 28 U.S.C. § 157 (d), the reference of the above-captioned Adversary Proceeding to the United States Bankruptcy Court is hereby **WITHDRAWN**, for good cause shown, so that this Court can consider the approval of the parties' proposed settlement;

2. In the event that the settlement is not approved, or terminates according to its terms, this Adversary Proceeding shall be referred back to the United States Bankruptcy Court, pursuant to the Standing Order of Reference, for further disposition; and

3. Any motion or motions for approval of the contemplated settlement are hereby assigned to Honorable Neil P. Olack for a recommendation of action by this Court. This Court shall preside at any final hearing of this matter, along with Judge Olack.

**SO ORDERED**, this the 23th day of May, 2008.

/s/ Sharion Aycock
**U.S. DISTRICT COURT JUDGE**